# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
June 17, 2003 Session

## STATE OF TENNESSEE v. VERNICA SHABREE WARD

**Direct Appeal from the Criminal Court for Davidson County**
**No. 99-D-2836     Cheryl Blackburn, Judge**

---

**No. M2002-01816-CCA-R3-CD - Filed December 30, 2003**

---

JOHN EVERETT WILLIAMS, J., separate concurring.

I agree with the majority opinion that the so-called "rule of three" evidence should have been excluded in this case, based upon the trial court's initial ruling that there was insufficient foundation laid to allow its admissibility. I write separately to express that I limit my decision to the instant case. After careful review, I concluded that the admissibility of this evidence was a very close decision and deferred, as I must, to the trial court's decision. However, with additional testimony concerning the <u>McDaniel</u> factors, a proper foundation might be laid for admitting expert testimony concerning the "rule of three."

_____
JOHN EVERETT WILLIAMS, JUDGE